**2007-0837. State ex rel. Hill v. Fleegle.**
In Mandamus. On complaint in mandamus of Matthew L. Hill. On S.Ct.Prac.R. X(5) determination,

cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.